IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ADRIAN DIECKMAN, on behalf of himself and all others similarly situated, | §<br>§<br>§<br>§ | No. 92, 2021 |
| Plaintiff Below, Appellant, | §<br>§ | Court Below:  Court of Chancery of the State of Delaware |
| v. | §<br>§ | C.A. No. 11130 |
| REGENCY GP LP, REGENCY GP LLC, ENERGY TRANSFER EQUITY, L.P., ENERGY TRANSFER PARTNERS, L.P., ENGERY TRANSFER PARTNERS GP, L.P., MICHAEL J. BRADLEY, JAMES W. BYRANT, RODNEY L. GRAY, JOHN W. McREYNOLDS, MATTHEW S. RAMSEY and RICHARD BRANNON, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants Below, Appellees. | §<br>§ | |

Submitted:   October 20, 2021
Decided:     November 3, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

## **O R D E R**

Now this 3rd day of November, 2021 having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated February 15, 2021, and Order Granting in Part and Denying in Part Defendants Motion to Dismiss dated February 20, 2018 as clarified by Order dated September 19, 2019;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Court of Chancery be and the same hereby are, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice